IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RODOLFO ROSA | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:21cv950 |
| | § |
| DENTON COUNTY SHERIFF'S | § |
| DEPARTMENT | § |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation (Dkt. #23) concluding Respondent's Motion to Dismiss (Dkt. #15) be granted and that the petition for writ of habeas corpus be dismissed without prejudice for lack of jurisdiction. No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Respondent's Motion to Dismiss (Dkt. #15) is **GRANTED** and the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 13th day of March, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE